```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 11224
    STEPHANY REESE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4893

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/22/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 07/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED        342.95          .00           .00
WMC MORTGAGE CORPORATION   SECURED NOT I       .00          .00           .00
WMC MORTGAGE CORPORATION   SECURED NOT I       .00          .00           .00
PRO SE DEBTOR              DEBTOR ATTY        .00                         .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                      .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/16/07        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```